# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH J. VOLLMANN | CIVIL ACTION NO. 04-10080 GAO |
| Plaintiff, | |
| v. | |
| ROGER LYNN GRUBB and ALLIED SYSTEMS, LTD., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## DEFENDANTS' INITIAL DISCLOSURE

I. **WITNESSES**

Roger Grubb
379 Stafford Avenue
Newark, Delaware

The defendants also incorporate by reference any additional witnesses mentioned or referenced in any documents in Part II of this Disclosure and all witnesses listed in Plaintiff's Self-Executing Disclosures. The defendants reserve the right to supplement this Disclosure as discovery continues.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

II. **DOCUMENTS**

1. Damage documents;

2. Commonwealth of Massachusetts Motor Vehicle Police Report.

3. Photographs of accident scene and vehicles;

III. **DAMAGES**

Not applicable.

IV. **INSURANCE**

Insured:

Allied Holdings, Inc.
Axis Group Inc.
160 Clairemont Avenue
Decatur, GA  30030

Insurance:

1. Ace American Insurance (primary)
   2,000,000 each occurrence

2. American Re Insurance (excess)
   3,000,000 each occurrence

- 2 -

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105

3. Additional insurance information to be provided.

Dated: February 25, 2004

DEFENDANTS,
**ROGER LYNN GRUBB AND ALLIED SYSTEMS, LTD.**

By _____
N. Kane Bennett
HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-522-6103
BBO# 636731
Attorney for the Defendants

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on February 25, 2004.

Paul Nathan, Esq.
Nathan & Krevat
159 Derby Street
Salem, MA 01970
(978) 745-4455
BBO # 367420

*[signature]*

N. Kane Bennett
**HALLORAN & SAGE, LLP**
BBO# 636731
Attorney for the Defendants

515727.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105