# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET: 1:04-cv-10080-GAO

| | |
|---|---|
| RALPH VOLLMAN, <br> Plaintiff, | } <br> } <br> } |
| v. | }    **CORPORATE DISCLOSURE STATEMENT** |
| ROGER LYNN GRUBB and <br> ALLIED SYSTEMS, LTD. <br> Defendants. | } <br> } <br> } <br> } |

I, N. Kane Bennett, attorney for the defendants, filed initial pleadings in the above matter and represent that the named corporate defendant is a subsidiary of Allied Holdings, Inc.

Date: February 25, 2004

Respectfully submitted,

By: _____
N. Kane Bennett of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on February 25, 2004.

Paul Nathan, Esq.
**Nathan & Pasquina**
159 Derby Street
Salem, MA 01970
(978) 745-4455
BBO#367420

_____
N. Kane Bennett
**HALLORAN & SAGE, LLP**
BBO# 636731
Attorney for the Defendants

511702-1(HSFP)