## NATHAN & KREVAT
ATTORNEYS AT LAW
159 DERBY STREET
SALEM, MASSACHUSETTS 01970

Paul Nathan
Matthew E. Krevat
Leah M. Constantine

Telephone
(978) 745-4455
Facsimile
(978) 744-4463

February 26, 2004   P 12: 23

Authorized Agent/President
Allied Systems, Ltd.
160 Clairmont Avenue
Ste. 600
Decatur, GA 30030

Re: Ralph J. Vollman vs. Roger Lynn Grubb & Allied Systems, Ltd.
United States District Court Civil Action No: 0410080GAO

Dear Sir/Madam:

In compliance with Federal Rules of Civil Procedure, Rule 4(e)(1), enclosed please find a Summons, copy of Complaint and Civil Action Cover Sheet.

This letter constitutes service of process pursuant to the above referenced rule.

Thank you.

Sincerely,

Paul Nathan

PN/ao

CERTIFIED/RETURN RECEIPT REQUESTED NO. 7003 1680 0006 5993 0669

cc: N. Kane Bennett, Esquire
William Work, III, Esquire