IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET: 1:04-cv-10080-GAO

| | |
|---|---|
| RALPH VOLLMAN,<br>    Plaintiff, | }<br>}<br>} |
| v. | } APPEARANCE OF COUNSEL |
| ROGER LYNN GRUBB and<br>ALLIED SYSTEMS, LTD.<br>    Defendants. | }<br>}<br>}<br>} |

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

The undersigned hereby gives notice of his Appearance as counsel for the defendants,

**Roger Lynn Grubb and Allied Systems, Ltd.,** in the above-captioned matter.


Date: May 19, 2004          Respectfully submitted,

                     By:  _____
                          N. Kane Bennett of
                          HALLORAN & SAGE, LLP
                          One Goodwin Square
                          225 Asylum Street
                          Hartford, CT 06103
                          (860) 522-6103
                          BBO# 636731
                          Attorney for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on May 19, 2004.

Paul Nathan, Esq.
**Nathan & Pasquina**
159 Derby Street
Salem, MA 01970
(978) 745-4455
BBO#367420

_____
N. Kane Bennett
**HALLORAN & SAGE, LLP**
BBO# 636731
Attorney for the Defendants

511672-1(HSFP)