**NATHAN & KREVAT**
ATTORNEYS AT LAW
159 DERBY STREET
SALEM, MASSACHUSETTS 01970

Paul Nathan
Matthew E. Krevat
Leah M. Constantine

Telephone
(978) 745-4455
Facsimile
(978) 744-4463

September 27, 2004

Mr. Paul Lyness, Civil Clerk
U.S. District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Re: Ralph J. Vollman vs. Roger Lynn Grubb and Allied Systems, Ltd.
United States District Court Civil Action No.: 0410080GAO

## SECOND REQUEST

Dear Mr. Lyness:

Please note that Plaintiff in the above matter would like to request a scheduling conference so that we may proceed with this case.

Kindly schedule said conference and advise.

Thank you.

Sincerely,

Paul Nathan

PN/lmc

Enclosure

cc: N. Kane Bennett, Esquire
William Work, III, Esquire