UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 0410080GAO

*****************************************
RALPH J. VOLLMANN,              *
    Plaintiff                          *
                                          *
VS.                                   *
                                          *
ROGER LYNN GRUBB and            *
ALLIED SYSTEMS LTD.,            *
    Defendants                        *
*****************************************

## CERTIFICATION PURSUANT TO F.R.CIV.P. 37(a)(2)(a)

    I, Paul Nathan, hereby certify that our office has made several attempts in good faith to secure the discovery sought against both defendants by way of telephone inquiry to defendant's counsel on 7/12/04, 7/22/04, 8/26/04, 9/30/04 and 10/1/04.

By Plaintiff's Attorney,

Dated: 10/12/04

_____
Paul Nathan, Esquire
B.B.O. # 367420
NATHAN & KREVAT
159 Derby Street
Salem, Massachusetts 01970
(978) 745-4455

I hereby certify that a true original of the above document was served upon the attorney of record for each party via first-class mail on 10/12/04

_____