HALLORAN
& SAGE LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH J. VOLLMANN | } | CIVIL ACTION NO. 04-10080 GAO |
| Plaintiff, | } | |
| | } | |
| V. | } | |
| | } | |
| ROGER LYNN GRUBB and | } | **JURY TRIAL DEMANDED** |
| ALLIED SYSTEMS. LTD., | } | |
| | } | |
| Defendants. | } | |

## <u>DEFENDANTS' SUPPLEMENTAL AUTOMATIC DISCLOSURE STATEMENT IN COMPLIANCE WITH LOCAL RULES 26.2(A)</u>

### IV.  <u>INSURANCE</u>

<u>Insured:</u>

Allied Holdings, Inc.
Axis Group Inc.
160 Clairemont Avenue
Decatur, GA 30030

<u>Insurance:</u>

1.   Ace American Insurance (primary)
     2,000,000 each occurrence

2.   American Re Insurance (excess)
     3,000,000 each occurrence

One Goodwin Square
225 Asylum Street
Hartford, CT 06103



Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

3.  Butcher Robinson, & Staples, Limited (excess)
    $20,000,000.

Dated: October 11, 2004

DEFENDANTS,
**ROGER LYNN GRUBB AND ALLIED
SYSTEMS, LTD.**

By_____

N. Kane Bennett
HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
860-522-6103
BBO# 636731
Attorney for the Defendants

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on October 11, 2004.

Paul Nathan, Esq.
Nathan & Krevat
159 Derby Street
Salem, MA 01970
(978) 745-4455
BBO # 367420

N.  Kane Bennett
**HALLORAN & SAGE, LLP**
BBO# 636731
Attorney for the Defendants

603336_1 DOC

– 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105