UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL DOCKET: 1:04-CV-10080-GAO**

RALPH VOLLMAN, }
    Plaintiff, }
}
v. }
}
ROGER LYNN GRUBB and }
ALLIED SYSTEMS, LTD. }
    Defendants. }    OCTOBER 15, 2004

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY UNDER RULE 37(A)(2) AGAINST DEFENDANT ALLIED SYSTEMS, LTD.

The undersigned defendants, Allied Systems, Ltd. and Rodger Lynn Grubb, respectfully object to the plaintiff's motion to compel discovery against Defendant Allied Systems, Ltd. dated October 12, 2004. In said motion, the plaintiff moved, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an order from this court seeking compliance with the plaintiff's Interrogatories and Requests for Production directed to the defendant, Allied Systems, Ltd.

The defendant, Allied Systems, Ltd., has complied with the plaintiff's Interrogatories and Requests for Production of Documents served pursuant to Rule 34, by the plaintiff, Ralph Vollmann. Copies of the responses are attached hereto as Exhibit (A) and Exhibit (B).

WHEREFORE, for the foregoing reason, the undersigned Defendants respectfully request that the court deny the plaintiff's Motion to Compel.

Date: October 18, 2004

Respectfully submitted,

By: _____
N. Kane Bennett of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO# 636731
Attorney for the Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record of each party on October 15, 2004.

Paul Nathan, Esq.
**Nathan & Kavat**
159 Derby Street
Salem, MA 01970
(978) 745-4455
BBO#367420

_____
N. Kane Bennett
**HALLORAN & SAGE, LLP**
BBO# 636731
Attorney for the Defendants