FILED
IN CLERK'S OFFICE

2004 OCT 26  A 11: 09

DISTRICT COURT
DISTRICT OF MASS.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH J. VOLLMANN | } | CIVIL ACTION NO. 04-10080 GAO |
| Plaintiff, | } | |
| v. | } | |
| ROGER LYNN GRUBB and ALLIED SYSTEMS, LTD., | } | |
| Defendants. | } | |

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The defendants hereby move this Court, with the assent of plaintiff's counsel, to continue the status conference currently scheduled for October 27, 2004. As grounds for support of this request, counsel for the defendants state the following:

1. The Court scheduled this status conference following a letter request from plaintiff's counsel. The defendants do not object to a status conference, but counsel for the defendants has an unavoidable scheduling conflict requiring him to be out of state.

2. Plaintiff's counsel was contacted and he assents to this Motion with no objection.

3. The parties agree to a continuance of the status conference based on the above circumstances for a date within the next two weeks, as the Court may deem appropriate.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

4.  The parties also jointly request to appear via telephone for the status conference, if possible.

WHEREFORE, based on the above grounds, the defendants respectfully request that this Court grant this continuance request.

| PLAINTIFF,<br>RALPH J. VOLLMAN | DEFENDANTS,<br>ROGER LYNN GRUBB AND ALLIED SYSTEMS, LTD. |
|---|---|
| By _/s/ Paul Nathan, cf_<br>Paul Nathan, Esq.<br>**Nathan & Krevat**<br>159 Derby Street<br>Salem, MA 01970<br>BBO #367420<br>(978) 745-4455 | By _/s/ N. Kane Bennett_<br>N. Kane Bennett<br>**HALLORAN & SAGE, LLP**<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>BBO# 636731<br>(860) 522-6103 |

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record via facsimile and regular mail on October 25, 2004.

Paul Nathan, Esq.
Nathan & Krevat
159 Derby Street
Salem, MA 01970
BBO # 367420
(978) 745-4455
**Fax: (978) 744-4463**

_____
N. Kane Bennett
**HALLORAN & SAGE, LLP**
BBO# 636731
Attorney for the Defendants

608704.1