UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 0410080GAO

```
*******************************************
RALPH J. VOLLMANN,              *
       Plaintiff                *
                                *
vs.                             *
                                *
ROGER LYNN GRUBB and            *
ALLIED SYSTEMS LTD.,            *
       Defendants               *
*******************************************
```

## JOINT DISCOVERY SCHEDULE AND AGENDA

### BRIEF BACKGROUND

Plaintiff suffered traumatic injuries including multiple fractures of ankle and ribs, as well as an infection resulting in Toxic Epidural Necrosis Syndrome/Stevens Johnson Syndrome, in an automobile accident with defendant driver, Roger Lynn Grubb, on 4/3/03. Medical billing to date totals $793,099.36.

### COMPLETION OF DISCOVERY

Pursuant to L.R. 16.1, plaintiff, Ralph J. Vollmann, and defendants, Roger Lynn Grubb and Allied Systems Ltd., hereby submit the following Joint Discovery Schedule and Agenda.

A.    **Initial Phase**

The first phase of discovery, designed to develop a realistic assessment of the case, will be complete on or before 9/30/05. All discovery requests and Motions to Compel will be served sufficiently in advance of this date to ensure timely completion.

B. **Trial Preparation Phase**

   a) Additional Motions to Compel and any additional discovery needed will take place between 9/30/05 and 12/30/05.

   b) The final phase of discovery, including expert answers to interrogatories or depositions, any dispositive motions will be completed by 3/30/06, after which the parties will be ready for trial.

## AGENDA

1. The scheduling of discovery.

2. Scheduling of next status conference.

3. Settlement Prospects.

4. Appointment of Magistrate for Discovery Issues/Trial. (After due consideration, Plaintiff declines the opportunity to have this matter transferred to a Magistrate for Trial but would recommend and accept transfer of discovery matters.)

5. Scheduling of Pre-Trial Conference.

Ralph J. Vollmann,
By his attorney,

_____
Paul Nathan, Esquire
Nathan & Krevat
B.B.O. #367420
159 Derby Street
Salem, Massachusetts 01970
(978) 745-4455

Roger Lynn Grubb and Allied Systems, Ltd.,
By their attorney,

_____
N. Kane Bennett, Esquire
Halloran & Sage
B.B.O# 636731
1 Goodwin Circle
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103