UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 0410080GAO

```
***************************************
RALPH J. VOLLMANN,              *
       Plaintiff                *
                                *
                                *
vs.                             *
                                *
ROGER LYNN GRUBB and            *
ALLIED SYSTEMS LTD.,            *
       Defendants               *
***************************************
```

## CERTIFICATE OF COMPLIANCE WITH L.R. 16.1 (D)(3)

Plaintiff, Ralph J. Vollmann, and their counsel hereby certify that they have conferred regarding:

1. The budget for costs of the full course and alternative courses, for this litigation; and

2. The resolution of litigation by way of alternative dispute resolution such as those proposed in L.R. 16.4.

By Plaintiff's Attorney,

Dated: 12/21/04

Paul Nathan, Esquire
B.B.O. #367420
Nathan & Krevat
159 Derby Street
Salem, Massachusetts 01970
(978) 745-4455