

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RALPH J. VOLLMANN | } |
| Plaintiff, | } |
| | } |
| v. | } |
| | } |
| ROGER LYNN GRUBB and | } |
| ALLIED SYSTEMS, LTD., | } |
| | } |
| Defendants. | } |

CIVIL ACTION NO. 04-10080 GAO

## ASSENTED TO MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Pursuant to Federal Rule of Civil Procedure 14, the defendants in the above-entitled matter hereby respectfully move this Court for permission to file the proposed Third-Party Complaint attached hereto as Exhibit 1 against Showcase Isuzu. As grounds for support of this Motion, the defendants state as follows:

1.    Showcase Isuzu is not a party to this action but is, or may be, liable to the defendants for part or all of the plaintiff's claimed damages in this lawsuit.

2.    Showcase Isuzu is or may be liable for all or part of the plaintiff's claimed injuries based on its negligence in requesting the manner of delivery and creating conditions or permitting conditions to exist that caused the accident as set forth more fully in the Third-Party Complaint.

3.    Permitting the defendants to file the Third-Party Complaint will promote judicial economy by dispensing of the need for a wholly separate lawsuit or action for contribution.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.      There is no trial date set in this matter, discovery is only in the preliminary stages, and the Third-Party Complaint will not unduly delay or complicate trial or discovery.

5.      No party will be prejudiced by the granting of this Motion.

6.      Counsel for the defendants contacted counsel for the plaintiff and there is no objection to the granting of this Motion.

Based on the above, the defendants respectfully request that Court grant their Motion for Leave to File Third-Party Complaint.

DEFENDANTS,
**ROGER LYNN GRUBB AND ALLIED SYSTEMS, LTD.**

By_____
        N. Kane Bennett
        **HALLORAN & SAGE, LLP**
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103
        BBO# 636731
        (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record via facsimile and regular mail on January 31, 2005.

Paul Nathan, Esq.
Nathan & Krevat
159 Derby Street
Salem, MA 01970
BBO # 367420
(978) 745-4455
**Fax: (978) 744-4463**

N.  Kane Bennett
**HALLORAN & SAGE, LLP**
BBO# 636731
Attorney for the Defendants

640985.1

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105