IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET: 1:04-cv-10080-GAO

RALPH VOLLMAN, }
    Plaintiff, }
 }
v. }
 }
ROGER LYNN GRUBB and }
ALLIED SYSTEMS, LTD. }
    Defendants. }

## AFFIDAVIT OF MELISSA ROTENBERG ARCARO

I, Melissa Rotenberg Arcaro, Esq., depose and state the following:

1. I am a senior associate with the law firm of Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, CT 06103.

2. I was admitted to practice law in the state of Connecticut in 1995. I was also admitted to practice before the United States District Court for the District of Connecticut in 1996.

3. There are no disciplinary proceedings against me in any jurisdiction.

4. I have never been reprimanded, suspended, placed on inactive status, disbarred nor resigned from the practice of law in any jurisdiction.

5. I am associated in this matter with N. Kane Bennett, of the law firm of Halloran & Sage LLP, who will serve as local counsel in this matter. Mr. Bennett is admitted to practice law before this Court.

6. I am familiar with the issues presented in this litigation. I have served as defense counsel for the defendant in several matters. I respectfully submit that my participation as counsel in this case will expedite the orderly presentation of evidence and serve the interests of judicial economy.

7. I am familiar with the jurisdictional provisions of Title 28 U.S.C., the Federal Rules of Civil Procedure, and the Local Rules of this Court.

8. Accordingly, I respectfully request that my application to appear pro hac vice be granted.

I certify that the foregoing statements made by me are true and that I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

2.2.05
Date

_Melissa Rotenberg Arcaro_
Melissa Rotenberg Arcaro

Sworn to me this 2nd day of February, 2005

Notary Public
My Commission expires: 6/30/05

630396_1.DOC

LOUISE V. GISH
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2005