IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET: 1:04-CV-10080-GAO

| | |
|---|---|
| RALPH VOLLMAN,<br>    Plaintiff | }<br>}<br>}<br>} |
| vs. | }<br>} |
| ROGER LYNN GRUBB and<br>ALLIED SYSTEMS, LTD.<br>    Defendants/Third-<br>    Party Plaintiffs | }<br>}<br>}<br>}<br>} | **APPEARANCE OF COUNSEL** |
| vs. | }<br>} |
| SHOWCASE ISUZU,<br>    Third-Party<br>    Defendant | }<br>}<br>} |

The undersigned hereby gives notice of is Appearance as counsel for the third- party defendant, **Showcase Isuzu**, in the above entitled matter.

_____
Michael E. Okolita, Esquire
Donald E. Feener & Associates
120 Front Street, Suite 310
Worcester, MA 01608-1424
(508) 798-0717
BBO: 378255
**Attorney for Third-Party Defendant**

Dated:   April 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have on this day served a copy of the foregoing:

### Appearance of Counsel

by mailing a copy of same postage prepaid to attorneys of record:

Paul Nathan, Esquire
Nathan & Pasquina
159 Derby Street
Salem, MA 01970
(978) 745-4455
BBO # 367420
**Attorney for the Plaintiff**

N. Kane Bennett
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO # 636731
**Attorney for Defendants/Third-Party Plaintiffs**

Michael E. Okolita, Esquire

Dated: April 25, 2005