IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET: 1:04-CV-10080-GAO

| | |
|---|---|
| RALPH VOLLMAN,<br>        Plaintiff | }<br>}<br>}<br>}<br>} |
| vs. | }<br>} |
| ROGER LYNN GRUBB and<br>ALLIED SYSTEMS, LTD.<br>        Defendants/Third-<br>        Party Plaintiffs | }<br>}<br>}<br>}<br>} |
| vs. | }<br>} |
| SHOWCASE ISUZU,<br>        Third-Party<br>        Defendant | }<br>}<br>} |

## INITIAL DISCLOSURE STATEMENT OF THE THIRD-PARTY DEFENDANT, SHOWCASE ISUZU

I.      **WITNESSES**

The third-party defendant is unaware of any witnesses to the accident of April 3, 2003. The third-party defendant reserves the right to supplement this Disclosure as discovery continues.

II.     **DOCUMENTS**

The third-party defendant is unaware of any documents relevant to the accident of April 3, 2003, and the plaintiff's injuries caused by that accident. The third-party defendant reserves the right to supplement this Disclosure as discovery continues

III.    **DAMAGES**

The third-party defendant has no information or documents relative to the damages claimed by the plaintiff.

-2-

IV.   **INSURANCE**

   <u>Insured:</u>

   Showcase Isuzu, Inc.

   <u>Insurance:</u>

   Harleysville Group Insurance Companies;
   Policy No. GM-8G2054;
   Effective dates, January 1, 2003, through January 1, 2004;
   Bodily Injury limits of liability: $1,000,000.00;
   See attached coverage selections sheet.

   _____
   Michael E. Okolita, Esquire
   Donald E. Feener & Associates
   120 Front Street, Suite 310
   Worcester, MA 01608-1424
   (508) 798-0717
   BBO: 378255
   **Attorney for Third-Party Defendant**

   Dated:   April 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify under the pains and penalties of perjury that I have on this day served a copy of the foregoing:

**Initial Disclosure Statement of the Third-Party Defendant, Showcase Isuzu**

by mailing a copy of same postage prepaid to attorneys of record:

Paul Nathan, Esquire
Nathan & Pasquina
159 Derby Street
Salem, MA 01970
(978) 745-4455
BBO # 367420
**Attorney for the Plaintiff**

N. Kane Bennett
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
BBO # 636731
**Attorney for Defendants/Third-Party Plaintiffs**

_____
Michael E. Okolita, Esquire

Dated: April 26, 2005