| POLICY NUMBER | Issuing Town or City | Date | Previous Number | Year Risk | New | Renewal | Conversion | POLICY NUMBER |
|---|---|---|---|---|---|---|---|---|
| GM 8G 20 54 | | | new | New 03 | ☒ | ☐ | ☐ | GM 8G 20 54 |

Voluntary - 0
Agency Bill
12-pay

## Harleysville Worcester Insurance Company
120 Front Street, Suite 500 • Worcester, MA 01608-1408

**ITEM ONE**     **GARAGE DECLARATIONS - Massachusetts**

| Named Insured and Mailing Address | Showcase Isuzu Inc.<br>Showcase Nissan Suzuki Inc.<br>60 MacArthur Blvd.<br>Bourne, MA 02532 | Agent<br>Mid-State Insurance Agency Inc.<br>37 Mechanic Street<br>Worcester, MA 01608 | Agents Code/Sub<br>72-3037 |
|---|---|---|---|

Policy Period: From 1-1-03     To 1-1-04
12:01 A.M. Standard Time at your mailing address shown above.

Form of Business:
☒ Corporation  ☐ Individual  ☐ Partnership  ☐ Other _____

Business Description:
Auto Dealership

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

TOTAL POLICY PREMIUM     $ 111,038.

ENDORSEMENTS ATTACHED TO THIS POLICY:
IL 00 21 (11-85) - Broad Nuclear Exclusion (Not Applicable in New York)
MM0095(9-98) MM9923(9-98) CA7121(3-93) MM9922(9-98) CA2501(12-93) CA7191(11-00)
MM9954(9-98) CA2505(7-97) ST7394(12-02)

This policy shall not be valid unless countersigned by our authorized representative.

COUNTERSIGNED cl 2-7-03 _____     BY _____
         (Date)                                                       (Authorized Representative)

# GARAGE DECLARATIONS - (Continued)

**ITEM TWO**
**SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos." "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTO Section shows which autos are covered autos) | LIMIT | PREMIUM |
|---|---|---|---|
| Compulsory Bodily Injury | 21 | $20,000 each person $40,000 each accident | 4,920. |
| Personal Injury Protection | 21 | $8,000 each person | 588. |
| LIABILITY INSURANCE | | | |
| COVERED "AUTOS" Optional Bodily Injury | 21 | $1,000,000 each person $ CSL each accident | 14,080. |
| Property Damage (Compulsory Limit $5,000) Liability | 21 | $ CSL each accident $ each accident | 6,738. |
| OTHER THAN COVERED "AUTOS" Liability | CGL | $1,000,000 each accident $3,000,000 aggregate | 1,713. |
| Medical Payments | 21 | $ 5,000 | 342. |
| Uninsured Motorists (Compulsory Limits - $20,000/40,000) | 21 | $20,000 each person $40,000 each accident | 140. |
| Underinsured Motorists | 21 | $20,000 each person $40,000 each accident | 0. |
| Garagekeepers Comprehensive Coverage | | $300,000 Each Location Minus $500 Ded. For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism Subject to $2,500 Maximum Deductible For All Such Loss In Any One Event. | 3,484. |
| Garagekeepers Specified Causes of Loss Coverage | | | |
| Garagekeepers Collision Coverage | 30 | $300,000 Each Location Minus $500 Ded. For Each Covered Auto. | 1,478. |
| Physical Damage Comprehensive Coverage | 31 | Actual Cash Value Or Cost Of Repair. Whichever is Less Minus $1,000 Ded. For Each Covered Auto. | 65,679. |
| Physical Damage Specified Causes of Loss Coverage | | Actual Cash Value Or Cost Of Repair. Whichever is Less Minus $ Ded. For Each Covered Auto. | |
| Physical Damage Collision Coverage | 31 | Actual Cash Value Or Cost Of Repair. Whichever is Less Minus $1,000 Ded. For Each Covered Auto. | 9,963. |
| ~~Physical Damage Limited Collision Coverage~~ Hired Auto & DOC | | ~~Actual Cash Value Or Cost Of Repair. Whichever is Less Minus $ xxxxx Ded. For Each Covered Auto.~~ | 1,163. |
| ~~Physical Damage Towing and Labor~~ Flat Charge | | ~~$ xxxxxxxx For Each Disablement Of A Private Passenger Auto~~ | 750. |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

Form PDW-0121 Edition 5-96  Printed 5-96  MM 00 94 02 96

One Copy Each - Insured; Agent; Home Office; Branch Office; Audit         Page 2 of 6

## GARAGE DECLARATIONS - (Continued)

**ITEM THREE**
**LOCATIONS WHERE YOU CONDUCT GARAGE OPERATIONS**

| Location No. | Address<br>State your main business location as Location No. 1 |
|---|---|
| 1 | 60 MacArthur Blvd., Bourne, MA 02532 |
| 2 | 418 MacArthur Blvd., Bourne, MA 02532 |
| 3 | |

**ITEM FOUR**
**LIABILITY, PIP, UNINSURED, UNDERINSURED MOTORISTS COVERAGE - PREMIUMS**

**Garage Operations - Covered "Auto" Premiums** The premiums for these coverages are based on the total number of dealer or repair plates. Specifically registered autos must be rated separately under Item Six.

Location No. 1

Number of Dealer or Repair Plates: _____

| Compulsory BI | | PIP | | Optional BI | | Property Damage | | Uninsured Motorist | | Underinsured Motorist | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate | Premium | Rate | Premium | Rate | Premium | Rate | Premium | Rate | Premium | Rate | Premium |
| | 2,684. | | 321. | | 7,680. | | 3,675. | | 76. | | 0. |

Location No. 2

Number of Dealer or Repair Plates: _____

| Compulsory BI | | PIP | | Optional BI | | Property Damage | | Uninsured Motorist | | Underinsured Motorist | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate | Premium | Rate | Premium | Rate | Premium | Rate | Premium | Rate | Premium | Rate | Premium |
| | 2,236. | | 267. | | 6,400. | | 3,063. | | 64. | | 0. |

Location No. 3

Number of Dealer or Repair Plates: _____

| Compulsory BI | | PIP | | Optional BI | | Property Damage | | Uninsured Motorist | | Underinsured Motorist | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rate | Premium | Rate | Premium | Rate | Premium | Rate | Premium | Rate | Premium | Rate | Premium |
| | | | | | | | | | | | |

**LIABILITY COVERAGE**
Garage Operations - Other Than Covered "Auto" - Payroll Rating Basis

| Location No. | Estimated Payroll | Rate per $100 of Payroll | Premium |
|---|---|---|---|
| 1 | 187,200 | .779 | 891. |
| 2 | 161,200 | .779 | 822. |
| 3 | | | |
| | | TOTAL PREMIUM | 1,713. |

**ITEM FIVE**
**LIABILITY COVERAGE FOR YOUR CUSTOMER**

Under Section IV - Liability Coverage, paragraph a. (2) (d) of **Who is an Insured** does not apply unless indicated below by "X".
☐ If this box is checked, liability coverage for your customers is limited in accordance with the provisions under paragraph a. (2) (d) of **Who is an Insured Under Section IV - Liability Coverage.**

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1993

Form PDW-0121 Edition 5-96 Printed 5-96

One Copy Each - Insured; Agent; Home Office; Branch Office; Audit

MM 00 94 02 96

**GARAGE DECLARATIONS - (Continued)**

**ITEM SIX**
**SCHEDULE OF COVERED AUTOS YOU OWN**

| Covered Auto No. | DESCRIPTION Year, Model, Trade Name, Body Type, Serial Number(s), Vehicle Identification Number (VIN) Mass Plate No. Exp. Date | PURCHASED Original Cost New | PURCHASED Actual Cost and New (N) Used (U) | TERRITORY Town and State Where the Covered Auto will be principally garaged Terr./Zone Code |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

| Covered Auto No. | CLASSIFICATION | | | | | | | | Except for towing, all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of the loss. |
|---|---|---|---|---|---|---|---|---|---|
| | Radius of Operation (in Miles) | Business Use s=service r=retail c=commercial | Size GVW, GCW or Vehicle Seating Capacity | Age Group | Primary Rating Factor Liab. | Primary Rating Factor Phy. Dam. | Secondary Rating Factor | Code Pre-Insp. Code | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |

**COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES**
(Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead)

| Covered Auto No. | Compulsory Bodily Injury $20,000 ea. pers. $40,000 ea. acc. Premium | Personal Injury Protection $8,000 ea. pers. Premium | Liability Optional Bodily Injury *Limits | Liability Optional Bodily Injury Premium | Liability Property Damage (Compulsory Limit $5,000) *Limits | Liability Property Damage (Compulsory Limit $5,000) Premium | Auto Medical Payments *Limits | Auto Medical Payments Premium | Uninsured Motorists (Compulsory Limit $20,000 ea. pers. $40,000 ea. acc.) *Limits | Uninsured Motorists Premium | Underinsured Motorists *Limits | Underinsured Motorists Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |

| Covered Auto No. | **Limit of Liability | †Specified Causes of Loss Cov. | †Specified Causes of Loss Ded. | †Specified Causes of Loss Prem. | Comprehensive Ded. | Comprehensive Prem. | Collision Ded. | Collision Prem. | Limited Collision Ded. | Limited Collision Prem. | Waiver of Deductible | Towing and Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |

\* Limit(s) in thousands
\*\* Designate whether ACV, Stated Amount or Agreed Value and except for ACT, the Limit of Liability.
† F = Fire Coverage   T = Theft Coverage   F & T = Fire and Theft Coverage   CAC = Combined Additional Coverage

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1993

MM 00 94 02 96

Form PDW-0121 Edition 5-96  Printed 5-96

One Copy Each - Insured; Agent; Home Office; Branch Office; Audit

## GARAGE DECLARATIONS - (Continued)

**ITEM SEVEN**
**GARAGEKEEPERS COVERAGES AND PREMIUMS**

| Location No. | Coverages | Limit of Insurance For Each Location (Absence of a limit or deductible below means that the corresponding ITEM TWO limit or deductible applies.) |
|---|---|---|
| 1 | Comprehensive | $ 300,000 MINUS $ 500  DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ 2,500  MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| 1 | Specified Causes of Loss | |
| 1 | Collision | $ 300,000 MINUS $ 500  DEDUCTIBLE FOR EACH COVERED AUTO. |
| 2 | Comprehensive | $ 300,000 MINUS $ 500  DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $ 2,500  MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| 2 | Specified Causes of Loss | |
| 2 | Collision | $ 300,000 MINUS $ 500  DEDUCTIBLE FOR EACH COVERED AUTO. |
| 3 | Comprehensive | $     MINUS $     DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM SUBJECT TO $     MAXIMUM DEDUCTIBLE FOR ALL SUCH LOSS IN ANY ONE EVENT. |
| 3 | Specified Causes of Loss | |
| 3 | Collision | $     MINUS $     DEDUCTIBLE FOR EACH COVERED AUTO. |

| | |
|---|---|
| Comprehensive | $ 3,484. |
| Specified Causes of Loss | $ |
| Collision | $ 1,478. |

GARAGEKEEPERS COVERAGE applies on a legal liability basis unless one of the Direct coverage Options is indicated below by "X".
**DIRECT COVERAGE OPTIONS**

☐ EXCESS INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a covered "auto" and is excess over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest or the interest of the covered "auto's" owner.

☐ PRIMARY INSURANCE. If this box is checked, GARAGEKEEPERS COVERAGE is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a covered "auto" and is primary insurance.

**ITEM EIGHT**
**DEALERS PHYSICAL DAMAGE COVERAGE - TYPES OF COVERED AUTOS AND INTERESTS IN THESE AUTOS - PREMIUMS - REPORTING OR NONREPORTING BASIS**

Each of the following PHYSICAL DAMAGE coverages that is indicated in ITEM TWO applies only to the types of "autos" and interests indicated below by "X".

| Coverages | Types of "autos" | | Interests covered | | | |
|---|---|---|---|---|---|---|
| | New "autos" | Used "autos" Demonstrators and Service Vehicles | Your interest in covered "autos" you own | Your interest only in financed covered "autos" | Your interest and the interest of any creditor names as a loss payee | All interests in any "auto" not owned by you or any creditor while in your possession on consignment for sale |
| Comprehensive | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ |
| Specified Causes of Loss | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Collision | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ |
| Limited Collision | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Location No. | Coverages | Limit of Insurance for each Location | | | Rates | Premium |
|---|---|---|---|---|---|---|
| 1 | Comprehensive | $ 6,060,000  MINUS $ 1,000 DEDUCTIBLE FOR EACH COVERED AUTO SUBJECT TO $ 5,000  MAXIMUM DEDUCTIBLE FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM IN ANY ONE EVENT. | | | | 20,821. |
| 1 | Specified Causes of Loss | | | | | |
| 2 | Comprehensive | $ 13,015,720  MINUS $ 1,000 DEDUCTIBLE FOR EACH COVERED AUTO SUBJECT TO $ 5,000  MAXIMUM DEDUCTIBLE FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM IN ANY ONE EVENT. | | | | 44,858. |
| 2 | Specified Causes of Loss | | | | | |
| 3 | Comprehensive | $     MINUS $     DEDUCTIBLE FOR EACH COVERED AUTO SUBJECT TO $     MAXIMUM DEDUCTIBLE FOR LOSS CAUSED BY THEFT OR MISCHIEF OR VANDALISM IN ANY ONE EVENT. | | | | |
| 3 | Specified Causes of Loss | | | | | |
| All | Collision | $     MINUS $     DEDUCTIBLE FOR EACH COVERED AUTO | | | | 9,963. |
| All | Collision | BLANKET ANNUAL COLLISION RATES | | | | |
| All | Collision | First $50,000 | $50,001 to $100,000 | Over $100,000 | | |
| All | Collision | $     MINUS $     DEDUCTIBLE FOR EACH COVERED AUTO | | | | |
| All | Collision | BLANKET ANNUAL COLLISION RATES | | | | |
| All | Collision | First $50,000 | $50,001 to $100,000 | Over $100,000 | | |

☐ Collision Waiver of Deductible Coverage applies if this box is checked.
Our limit of insurance for "loss" at locations other than those stated in ITEM THREE.
$     Additional locations where you store covered "autos"
$     In transit

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1993
Form PDW-0121 Edition 5-96  Printed 5-96
One Copy Each - Insured; Agent; Home Office; Branch Office; Audit
MM 00 94 02 96
Page 5 of 6

## GARAGE DECLARATIONS - (Continued)

**DEALERS PHYSICAL DAMAGE COVERAGE**

PREMIUM BASIS - Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis Agreed Upon by "X")

☐ **REPORTING BASIS** (Quarterly or Monthly as indicated below by "X").
You must report to us on our form the location of your covered "autos" and their total value at each such location. For your main sales location identified as location no. 1, you must include the total value of all covered "autos" you have furnished or made available to others and covered "autos" that are temporarily displayed or stored at locations other than those stated in ITEM THREE above. For your main sales location you must include the total value of all service vehicles.

**YOUR REPORTING BASIS IS:**

☐ **QUARTERLY** You must give us your first report by the fifteenth of the fourth month after the policy begins. Your subsequent reports must be given to us by the fifteenth of every third month. Your reports must contain the value for the last business day of every third month coming within the policy period.

☐ **MONTHLY** You must give us your reports by the fifteenth of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

☒ **NONREPORTING BASIS.** Stated limit of insurance shown above applies.

| Loss Payee - Any loss is payable as interest may appear to you and: |
|---|

**ITEM NINE**
MEDICAL PAYMENTS COVERAGE. REFER TO ITEM SIX FOR COVERED AUTOS INSURED ON A SPECIFIED CAR BASIS.

| Coverage | Premium Determination | Premium |
|---|---|---|
| Auto Medical Payments Only | Auto Medical Payments Premium equals     % of the Liability Premium | |
| Premises and Operations Medical Payments (Does not apply to bodily injury caused by any auto) | Premises and Operations Medical Payments Premium equals     % of the Liability Premium | |
| Premises and Operations and Auto Medical Payments | Premises and Operations and Auto Medical Payments Premium equals 1.5    % of the Liability Premium | 342. |

**ITEM TEN**
SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.

| LIABILITY COVERAGE - RATING BASIS, COST OF HIRE | | | | |
|---|---|---|---|---|
| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR (If Liability Coverage is primary) | PREMIUM |
| MA | If Any | | | 31. |
| | | | TOTAL PREMIUM | 31. |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or employees or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| PHYSICAL DAMAGE COVERAGE | | | | |
|---|---|---|---|---|
| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
| COMPREHENSIVE | ACTUAL CASH VALUE, COST OF REPAIRS OR $ WHICHEVER IS LESS. MINUS $     DED. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | | | |
| SPECIFIED CAUSES OF LOSS | ACTUAL CASH VALUE, COST OR REPAIRS OR $ WHICHEVER IS LESS. MINUS $25 DED. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | | |
| COLLISION | ACTUAL CASH VALUE, COST OF REPAIRS OR $ WHICHEVER IS LESS. MINUS $     DED. FOR EACH COVERED AUTO. | | | |
| | | | TOTAL PREMIUM | |

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1993
MM 00 94 02 96
Form PDW-0121 Edition 5-96  Printed 5-96
One Copy Each - Insured; Agent; Home Office; Branch Office; Audit
Page 6 of 6