**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RALPH J. VOLLMAN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. 04-10080-GAO |
| ) | |
| v. ) | |
| ) | |
| ROGER LYNN GRUBB and ) | |
| ALLIED SYSTEMS, LTD., ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| SHOWCASE IZUZU, ) | |
| ) | |
| Third-Party Defendant. ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

COMES NOW, Howard J. Russell, and pursuant to Local Rule 83.5.3(b), moves for the admission of Allan M. Maxwell, Amber E. Tuggle and Christopher H. Smith, *pro hac vice*, for the purposes of this action, respectfully showing as follows:

1)

I am Howard J. Russell. I am a resident of the State of Nevada.

2)

I am admitted to practice before the Supreme Judicial Court of Massachusetts, and this Court.

1

3)

I am a member with the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 950 East Paces Ferry Road, Suite 3000, Atlanta, Georgia 30326.

4)

I am associated with Alan M. Maxwell, Amber E. Tuggle and Christopher H. Smith of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

5)

I have assured that Mr. Maxwell, Ms. Tuggle and Mr. Smith are familiar with the Local Rules of this Court.

6)

I will appear as local counsel in this action.

Respectfully submitted, this 4th day of May, 2005.

/s/ Howard J. Russell
Howard J. Russell
BBO# 651397

Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, Georgia 30326
Telephone: 404-876-2700
Fax: 404-875-9433

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party the 4th day of May, 2005.

Paul Nathan, Esq.
**Nathan & Kavat**
159 Derby Street
Salem, MA 01970
(978) 745-4455
BBO#367420

Michael E. Okolita, Esq.
Donald E. Feener & Associates
Attorneys At Law
120 Front Street, Suite 310
Worcester, MA 01608-1424

/s/ Howard J. Russell_____
Howard J. Russell
BBO# 651397

Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, Georgia 30326
Telephone: 404-876-2700
Fax: 404-875-9433