### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH J. VOLLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. 04-10080-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER LYNN GRUBB and | ) | |
| ALLIED SYSTEMS, LTD., | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| SHOWCASE IZUZU, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

### AFFIDAVIT OF ALAN M. MAXWELL FOR ADMISSION *PRO HAC VICE*

COUNTY OF FULTON
STATE OF GEORGIA

Comes affiant, Alan M. Maxwell, and after having first been sworn states:

1. My name is Alan M. Maxwell, and I am a resident of Atlanta, Georgia.

2. I am a partner of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 950 East Paces Ferry Road, Atlanta, Georgia 30326.

3. I received my J.D. degree from Walter F. George School of Law, Mercer University, Macon, Georgia, in 1992. I am admitted to practice before the State Courts of Georgia, before the United States District Courts for the Middle and Northern Districts of Georgia, before the United States Court of Appeals for the Eleventh Circuit, and before the United States Court of Appeals for the Sixth Circuit. I am in good standing with the State Bar of Georgia, and I am not under suspension or disbarment of any bar in which I am a member. There are no disciplinary actions currently pending against me.

4. If allowed to be admitted to practice *pro hac vice* in this case, I affirm that I will abide by all State and Local Rules applicable to this litigation. I have become familiar with and have access to the Local Rules of this Court.


/s/Alan M. Maxwell
ALAN M. MAXWELL
Georgia Bar No. 478625


Subscribed and Sworn to before me by
ALAN M. MAXWELL, personally, this
4th day of May, 2005


Valona Jane Campbell
Notary Public
My Commission Expires: 02/18/2007
DeKalb County, Georgia