**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| RALPH J. VOLLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. 04-10080-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER LYNN GRUBB and | ) | |
| ALLIED SYSTEMS, LTD., | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| SHOWCASE IZUZU, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## AFFIDAVIT OF AMBER E. TUGGLE FOR ADMISSION *PRO HAC VICE*

COUNTY OF FULTON
STATE OF GEORGIA

Comes affiant, Amber E. Tuggle, and after having first been sworn states:

1. My name is Amber E. Tuggle, and I am a resident of Atlanta, Georgia.

2. I am an associate of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 950 East Paces Ferry Road, Atlanta, Georgia 30326.

3. I received my J.D. degree from Walter F. George School of Law, Mercer University, Macon, Georgia in 1999. I am admitted to practice before the State Courts of Georgia, the Georgia Court of Appeals, and the Supreme Court of Georgia. I am also admitted to practice before the United States District Court for the Northern District of Georgia, and I am admitted to the United States Court of Appeals for the Eleventh Circuit. I am in good standing with the State Bar of Georgia, and I am not under suspension or disbarment of any bar in which I am a member. There are no disciplinary actions currently pending against me.

4. If allowed to be admitted to practice *pro hac vice* in this case, I affirm that I will abide by all State and Local Rules applicable to this litigation. I have become familiar with and have access to the Local Rules of this Court.

/s/ Amber E. Tuggle
AMBER E. TUGGLE
Georgia Bar No. 246719

Subscribed and Sworn to before me by
AMBER E. TUGGLE, personally, this 4th
day of May, 2005

Valona Jane Campbell

Notary Public
My Commission Expires: 02/18/2007
DeKalb County, Georgia