**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| RALPH J. VOLLMAN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. 04-10080-GAO |
| ) | |
| v. ) | |
| ) | |
| ROGER LYNN GRUBB and ) | |
| ALLIED SYSTEMS, LTD., ) | |
| ) | |
| Defendants, ) | |
| and ) | |
| ) | |
| SHOWCASE IZUZU, ) | |
| ) | |
| Third-Party Defendant. ) | |

## AFFIDAVIT OF CHRISTOPHER H. SMITH FOR ADMISSION *PRO HAC VICE*

COUNTY OF FULTON
STATE OF GEORGIA

Comes affiant, Christopher H. Smith, and after having first been sworn states:

1. My name is Christopher H. Smith, and I am a resident of Atlanta, Fulton County, Georgia.

2. I am a partner of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 950 East Paces Ferry Road, Suite 3000, Atlanta, Georgia 30326.

3. I received my J.D. degree from the University of Georgia School of Law, Athens, Georgia, in 1999. I am admitted to practice before the State and Superior Courts of Georgia, the United States District Court for the Northern District of Georgia, the Supreme Court of Georgia and the Court of Appeals of Georgia. I am in good standing with the State Bar of Georgia, and I am not under suspension or disbarment of any bar in which I am a member. There are no disciplinary actions currently pending against me.

4.  If allowed to be admitted to practice *pro hac vice* in this case, I affirm that I will abide by all State and Local Rules applicable to this litigation.  I have become familiar with and have access to the Local Rules of this Court.


/s/ Christopher H. Smith
CHRISTOPHER H. SMITH
Georgia Bar No.  655370


Subscribed and Sworn to before me by
CHRISTOPHER H. SMITH, personally,
this 4th day of May, 2005


Valona J. Campbell
Notary Public
My Commission Expires:
February 18, 2007
DeKalb County, Georgia