IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET: 1:04-cv-10080-GAO

RALPH VOLLMAN,
    Plaintiff,

v.

ROGER LYNN GRUBB and
ALLIED SYSTEMS, LTD.
    Defendants.

## MOTION FOR PERMISSION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.5.2(c), the undersigned counsel, Melissa Rotenberg Arcaro of Halloran and Sage, L.L.P., respectfully requests that she be allowed to withdraw her appearance on behalf of Roger Grubb and Allied Systems, Ltd. in the above captioned matter. In support of this motion, the undersigned counsel represents that Attorney Howard Russell has entered an appearance as local counsel on behalf of Roger Grubb and Allied Systems, Ltd. In addition, Attorneys Alan Maxwell, Christopher Smith and Amber Tuggle have appeared as counsel for Roger Grubb and Allied Systems, Ltd. and all will continue representing the defendants in this matter.

WHEREFORE, it is respectfully requested that the court grant leave for the undersigned to withdraw as counsel for Roger Grubb and Allied Systems, Ltd. in the instant action.

Date: May 25, 2005                    Respectfully submitted,


By: _____
Melissa Rotenberg Arcaro of
**HALLORAN & SAGE, LLP**
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record of each party on May 25, 2005.

Paul Nathan, Esq.
Nathan & Pasquina
159 Derby Street
Salem, MA 01970

Leah Constantine, Esq.
Nathan & Pasquina
159 Derby Street
Salem, MA 01970

Michael E. Okolita, Esq.
Donald E. Feener & Associates
Attorneys At Law
120 Front Street, Suite 310
Worcester, MA 01608-1424

Howard J. Russell, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326

Christopher H. Smith, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326

Amber E. Tuggle, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326

Alan M. Maxwell, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326

_____
Melissa Rotenberg Arcaro, Esq.
Halloran & Sage, LLP

691096_1.DOC