UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH J. VOLLMAN, )<br>)<br>Plaintiff, )<br>) Civil Action No. 04-10080-GAO<br>v. )<br>)<br>ROGER LYNN GRUBB and )<br>ALLIED SYSTEMS, LTD. )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>SHOWCASE IZUZU, )<br>)<br>Third-Party Defendant. ) | |

## CONFIDENTIALITY ORDER

SOROKIN, M.J.                                                                 JULY 28, 2005

I deny without prejudice the letter request to enter the agreed to Stipulation and Protective Order rendering every disclosure by Allied confidential in this action in which the Complaint and Third Party Complaint assert negligence claims for personal injuries arising out of an automobile accident. While the Court has no objection to entering an order such as the one proposed with respect to confidential information such as trade secrets and the like, the Order proposed appears too broad in the context of the claims and when the parties have not explained or described the confidential information likely to be disclosed in the course of discovery in this case or the need for the order.

/s/ Leo T. Sorokin
LEO T. SOROKIN
United States Magistrate Judge