IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH J. VOLLMAN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO. 04-10080-GAO |
| ) | |
| v. ) | |
| ) | |
| ROGER LYNN GRUBB and ) | |
| ALLIED SYSTEMS, LTD., ) | |
| ) | |
| Defendants and Third ) | |
| Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SHOWCASE IZUZU, ) | |
| ) | |
| Third-Party Defendant. ) | |

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that Allied Holdings, Inc., Allied Automotive Group, Inc., Allied Systems, Ltd. (L.P.), Allied Systems (Canada) Company, QAT, Inc., RMX LLC, Transport Support LLC, F.J. Boutell Driveaway LLC, Allied Freight Broker LLC, GACS Incorporated, Commercial Carriers, Inc., Axis Group, Inc., Kar-Tainer International LLC, Axis Netherlands, LLC, Axis Areta, LLC, Logistic Technology, LLC, Logistic Systems, LLC, CT Services, Inc., Cordin Transport LLC, Terminal Services LLC, Axis Canada Company, Ace Operations, LLC, and AH Industries Inc. (collectively, the "Debtors") have each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code 11 U.S.C. § § 101, *et seq.* (the "Bankruptcy Code") in the United

States Bankruptcy Court for the Northern District of Georgia. An order has been entered procedurally consolidating and jointly administering the bankruptcy cases under Case No. 05-12515. Attached hereto as <u>Exhibit A</u> is a list of the voluntary petitions (the "Petitions") commencing the Debtors' cases.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 362(a) of the Bankruptcy Code, the filing of the Petitions operates as a stay, applicable to all of the Debtors, including, without limitation, the Defendant(s) in the above-styled action, of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

Respectfully submitted this 4th day of August, 2005.

/s/ Alan M. Maxwell
Alan M. Maxwell
State Bar of Georgia No. 478625
Christopher H. Smith
State Bar of Georgia No. 655370
Amber E. Tuggle
State Bar of Georgia No. 246719
**WEINBERG, WHEELER**
**HUDGINS, GUNN & DIAL, LLC**
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326
(404) 876-2700
Admitted *Pro Hac Vice*
ATTORNEYS FOR DEFENDANT
ALLIED SYSTEMS, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that a true original of the above document was served upon the attorney of record for each party via first class mail on ~~August~~ August 4, 2005

Attorney for Plaintiff:

Paul Nathan, Esquire
B.B.O. # 367420
Leah M. Constantine-Toppin
B.B.O. #
NATHAN & KREVAT
159 Derby Street
Salem, Massachusetts 01970
(978) 745-4455

Counsel for Showcase Isuzu, Third Party Defendant:

Michael E. Okolita, Esquire
DONALD E. FEENER & ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424

_____
Alan M. Maxwell

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326
(404) 876-2700