# EXHIBIT A

| NAME OF DEBTOR | BANKRUPTCY CASE NUMBER |
|---|---|
| Allied Holdings, Inc. | 05-12515-whd |
| Allied Automotive Group, Inc. | 05-12516-whd |
| Allied Systems, Ltd. (L.P.) | 05-12517-whd |
| Allied Systems (Canada) Company | 05-12518-whd |
| QAT, Inc. | 05-12519-whd |
| RMX LLC | 05-12520-whd |
| Transport Support LLC | 05-12521-whd |
| F.J. Boutell Driveaway LLC | 05-12522-whd |
| Allied Freight Broker LLC | 05-12523-whd |
| GACS Incorporated | 05-12524-whd |
| Commercial Carriers, Inc. | 05-12525-whd |
| Axis Group, Inc. | 05-12526-whd |
| Kar-Tainer International LLC | 05-12527-whd |
| Axis Netherlands, LLC | 05-12528-whd |
| Axis Areta, LLC | 05-12529-whd |
| Logistic Technology, LLC | 05-12530-whd |

| Logistic Systems, LLC | 05-12531-whd |
| --- | --- |
| CT Services, Inc. | 05-12532-whd |
| Cordin Transport LLC | 05-12533-whd |
| Terminal Services LLC | 05-12534-whd |
| Axis Canada Company | 05-12535-whd |
| Ace Operations, LLC | 05-12536-whd |
| AH Industries Inc | 05-12537-whd |

1530800v.1