UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10080-GAO

```
*************************************
RALPH J. VOLLMAN,                   *
        Plaintiff                   *
                                    *
vs.                                 *
                                    *
ROGER LYNN GRUBB and                *
ALLIED SYSTEMS LTD.,                *
  Defendants/Third Party Plaintiffs *
                                    *
vs.                                 *
                                    *
SHOWCASE ISUZU,                     *
        Third Party Defendant       *
*************************************
```

## PLAINTIFF'S STATUS CONFERENCE MEMORANDUM

1. <u>Suggestion of Bankruptcy</u>. As the Court is aware, Defendants have filed for Chapter 11 bankruptcy protection in the Bankruptcy Court of the Northern District of Georgia. Plaintiff is in the process of filing a motion for relief of the automatic stay as a result of the bankruptcy filing.

2. <u>Upon relief from stay</u>:

   a. **Outstanding discovery**. Defendants have outstanding discovery responses due to Plaintiff. Otherwise, all other written discovery and depositions have been completed to Plaintiff's knowledge.

   b. **Expert disclosure.** Dates for expert disclosure for all parties will need to be established.

   c. **Scheduling of status conference and/or pre-trial conference.**

Ralph J. Vollman,
By his attorney,

Dated: 9/19/05

/s/ Paul Nathan
Paul Nathan, Esquire
Nathan & Krevat
B.B.O. #367420
159 Derby Street
Salem, Massachusetts  01970
(978) 745-4455