## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH J. VOLLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 04-10080-GAO |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER LYNN GRUBB and | ) | |
| ALLIED SYSTEMS, LTD., | ) | |
| | ) | |
| Defendants and Third | ) | |
| Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHOWCASE IZUZU, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW CHRISTOPHER H. SMITH of the law firm of Weinbergm, Wheeler, Hudgins, Gunn & Dial, LLC and hereby withdraws as counsel of record for Defendants/Third Party Plaintiffs, Roger Lynn Grubb and Allied Systems Ltd.

Alan M. Maxwell, Amber E. Tuggle, Howard J. Russell and the law firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC will remain in the

case as counsel of record for Defendants Roger Lynn Grubb and Allied Systems, Ltd.

The Court and all parties are respectfully requested from this date forward to send all communications to Alan M. Maxwell, Amber E. Tuggle and Howard J. Russell of the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC whose address is listed below as counsel for Defendants/Third Party Plaintiffs. No further communications, orders or notices need to be directed to Christopher H. Smith after this date.

Respectfully submitted, this ___18th___, day of _____January_____ 2006.

    ____s/ Howard J. Russell_____
    Howard J. Russell
    BBO#651397
    State Bar of Georgia No. 630632
    Alan M. Maxwell
    State Bar of Georgia No. 478625
    Christopher H. Smith
    State Bar of Georgia No. 655370
    Amber E. Tuggle
    State Bar of Georgia No. 246719
    **WEINBERG, WHEELER**
    **HUDGINS, GUNN & DIAL, LLC**
    950 East Paces Ferry Road
    Suite 3000
    Atlanta, Georgia 30326
    (404) 876-2700
    ATTORNEYS FOR ROGER
    LYNN GRUBB and ALLIED
    SYSTEMS, LTD., DEFENDANTS
    and THIRD PARTY PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically via CM/ECF and/or via first class mail on January 18, 2006.

Attorney for Plaintiff, Raph J. Vollman
Paul Nathan, Esquire
Leah M. Constantine-Toppin
NATHAN & KREVAT
159 Derby Street
Salem, Massachusetts 01970

Attorney for Showcase Isuzu, Third Party Defendant:
Michael E. Okolita, Esquire
DONALD E. FEENER & ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424

           s/ Howard J. Russell
Howard J. Russell
BBO#651397
State Bar of Georgia No. 630632
Alan M. Maxwell
State Bar of Georgia No. 478625
Christopher H. Smith
State Bar of Georgia No. 655370
Amber E. Tuggle
State Bar of Georgia No. 246719
**WEINBERG, WHEELER**
**HUDGINS, GUNN & DIAL, LLC**
950 East Paces Ferry Road,
Suite 3000
Atlanta, Georgia 30326
(404) 876-2700
ATTORNEYS FOR ROGER
LYNN GRUBB and ALLIED
SYSTEMS, LTD., DEFENDANTS
and THIRD PARTY PLAINTIFFS