ORIGINAL

FILED
CLERKS OFFICE

2006 JUN 30 P 2: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH J. VOLLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO. 04-10080-GAO |
| ROGER LYNN GRUBB and ALLIED SYSTEMS, LTD., | ) | |
| Defendants and Third Party Plaintiffs, | ) | |
| v. | ) | |
| SHOWCASE IZUZU, | ) | |
| Third-Party Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the **CONSENT ORDER MODIFYING AUTOMATIC STAY** was served on all parties of record via U.S. Mail to:

Paul Nathan, Esq.
NATHAN & KREVAT
159 Derby Street
Salem, MA 01970

Michael E. Okolita, Esq.
DONALED E. FEENER & ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424

1

This 27th day of June, 2006.

/s/ Amy [signature]

Howard J. Russell
BBO#651397
State Bar of Georgia No. 630632
Alan M. Maxwell
State Bar of Georgia No. 478625
Admitted Pro Hac Vice
Amber E. Tuggle
State Bar of Georgia No. 246719
Admitted Pro Hac Vice

**WEINBERG, WHEELER HUDGINS, GUNN & DIAL, LLC**
950 East Paces Ferry Road,
Suite 3000
Atlanta, Georgia 30326
(404) 876-2700
(404) 875-9433 (fax)

ATTORNEYS FOR ROGER LYNN GRUBB and ALLIED SYSTEMS, LTD., DEFENDANTS and THIRD PARTY PLAINTIFFS