| | | |
|---|---|---|
| THOMAS D. ALLEN | DAVID I. MATTHEWS | |
| SHANNON V. BARROW | LORI A. MARTINEZ | **WEINBERG, WHEELER,** |
| JOHN C. BONNIE | ALAN M. MAXWELL | |
| JENNIFER R. BRADFORD | CAROL P. MICHEL | **HUDGINS, GUNN & DIAL, LLC** |
| WILLIAM C. BUHAY | ROSEMARY MISSISIAN | |
| LAWRENCE E. BURKHALTER | STEPHEN W. MOONEY | ATTORNEYS AT LAW |
| CHRISTOPHER T. BYRD | PATRICK B. MOORE | 950 EAST PACES FERRY ROAD |
| CHARLES L. CLAY, JR. | J. KENNETH MOORMAN | SUITE 3000 |
| CHLOË E. DALLAIRE | CLAIRE C. MURRAY | ATLANTA, GEORGIA 30326 |
| DAVID A. DIAL | ASHLEY P. NICHOLS | |
| TODD R. EHRENREICH | NICK P. PANAYOTOPOULOS | TELEPHONE (404) 876-2700 |
| JOHN T. FLYNN | STEVE J. RAPP | FACSIMILE (404) 875-9433 |
| RACHEL A. FUERST | NANCY F. RIGBY | www.wwhgd.com |
| LINDSAY M. GATLING | D. LEE ROBERTS, JR. | |
| EARL W. GUNN | HOWARD J. RUSSELL | |
| JULIE C. HALL | FREDERICK N. SAGER, JR. | |
| JOHN M. HAWKINS | MIKE SEXTON | |
| RICHARD H. HILL II | TERRANCE C. SULLIVAN | |
| JOHN M. HUDGINS IV | JOSHUA E. SWIGER | |
| MARK R. JOHNSON | ROBERT G. TANNER | |
| SCOTT P. KEREW | PATRICK A. THOMPSON | |
| JOHNATHAN T. KRAWCHECK | JOHN K. TRAIN IV | June 27, 2006 |
| DAVID J. LARSON | THOMAS E. TROJAN | |
| ALEXANDER R. LASTER | AMBER E. TUGGLE | |
| HEATHER M. MACKENDREE | LAURA L. VOGHT | |
| MATTHEW A. MARRONE | BEN L. WEINBERG, JR. | |
| SHUBHRA R. MASHELKAR | SIDNEY F. WHEELER | |
| | Y. KEVIN WILLIAMS | |
| | SCOTT A. WITZIGREUTER | |

Sarah Allison Thornton
Clerk of Court
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

     Re:    <u>Ralph J. Vollman v. Roger Lynn Grubb, Allied Systems, Ltd.,</u>
            <u>and Showcase Isuzu</u>
            U.S. District Court for the District of Massachusetts
            Civil Action File No. 04-10080-GAO

Dear Ms. Thornton:

      Enclosed please find an original and two copies of a Certificate of Service of the Consent Order Modifying Automatic Stay, which was entered in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division on June 26, 2006. Please file the original and one copy with the Court and return a file-stamped copy in the enclosed self-addressed stamped envelope. For your reference I am also enclosing a courtesy copy of the Consent Order Modifying Automatic Stay.

Sarah Allison Thornton
Clerk of Court
U.S. District Court
District of Massachusetts
June 27, 2006
Page 2

          Very truly yours,

          WEINBERG, WHEELER,
          HUDGINS, GUNN & DIAL, LLC

          *Amber E. Tuggle*/cmb

          Amber E. Tuggle

AET/cmb
Enclosure(s):  Certificate of Service (1 original, 2 copies)
               Consent Order Modifying Automatic Stay
               Self-addressed stamped envelope

cc:    Paul Nathan, Esq. (*w/encs.*)
      Michael E. Okolita, Esq. (*w/encs.*)
      Alan M. Maxwell, Esq. (*w/o encs.*)
      Howard J. Russell, Esq. (*w/o encs.*)