# EXHIBIT 2

# DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION TO COMPEL


**AAIC**
American Alternative Insurance Corporation

555 College Road East, Princeton, New Jersey 08543-5241    Phone: (800) 305-4954

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL OF THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

Commercial Excess Follow Form Policy
DECLARATIONS

Policy No.   01-A2-FF-0000024-00                    Renewal of Number:   NEW

Policy Issue Date:   01/22/01

Item 1.   Named Insured and Mailing Address:         Producer No:   B00548
ALLIED HOLDINGS, INC.                               Producer's Name and Mailing Address:
160 CLAIRMONT ROAD                                  COUCH & ASSOCIATES INC
DECATUR, GA 30030                                   3575 HABERSHAM AT NORTHLAKE
                                                    TUCKER, GA 30084

Named Insured is: ☐ Individual, ☐ Partnership, ☒ Corporation, ☐ Joint Venture, ☐ Other _____
Business of the Named Insured is:   AUTOMOBILE HAULER

Item 2.   Policy Period:
From: 10/01/00   to   10/01/03   at 12:01 A.M. Standard Time at your mailing address shown above.

Item 3.   Premium: $ 1,885,000         Deposit                      Minimum
          ☒ Flat  ☐ Adjustable          Premium: $ _____             Premium: $ _____

          Rate:                          First Installment           Subsequent Installment(s)        Basis
          Per:                           $ _____                    $ _____

Item 4.   Limits of Insurance:
          a.  Each Occurrence                                                        $  3,000,000 excess of 2,000,000
          b.  Products Completed Operations Aggregate [(where applicable)]           $  3,000,000 excess of 2,000,000
          c.  General Aggregate                                                      $  3,000,000 excess of 2,000,000

Item 5.   Retroactive Date:
          (applicable to Claims Made Coverages)

Item 6.   Underlying Insurance:        See:   Schedule of Underlying Insurance

Item 7.   Forms and Endorsements:      See:   Schedule of Forms and Endorsements

Authorization:   In Witness Whereof, the Company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the Company

**American Alternative Insurance Corporation**

_Robert K. Bregen_                    _Anthony J Kuzjemsh_
Secretary                              President

Countersigned
     Date: _____
                                    Authorized Representative

THESE DECLARATIONS, THE ATTACHED SCHEDULE OF UNDERLYING INSURANCE, TOGETHER WITH THE ATTACHED SCHEDULE OF FORMS AND ENDORSEMENTS, AND ANY FORMS AND ENDORSEMENTS WE MAY LATER ATTACH TO REFLECT CHANGES, MAKE UP AND COMPLETE THE ABOVE NUMBERED POLICY.

FG1000  01/95                                                              Page 1 of 2



**American Alternative Insurance Corporation**

Schedule of Forms and Endorsements
COMMERCIAL EXCESS FOLLOW FORM POLICY

---

Effective date of
this Schedule:   10/01/00          Issue date: 01/22/01

Attached to and forming part of
Policy No.:   01-A2-FF-0000024-00

Issued To:   ALLIED HOLDINGS, INC.

The following is a schedule of Forms and Endorsements issued with the policy at inception:

| Form ID Number: | Edition Date: | Form Name: |
|---|---|---|
| FG1000 | 01/95 | DECLARATIONS |
| FG1000A | 07/94 | SCHEDULE OF UNDERLYING INS |
| FG1000B | 01/95 | COMMERCIAL EXCESS FOLLOW FORM POLICY |
| FGGA01 | 01/95 | GEORGIA CANCELLATION AND NONRENEWAL ENDORSEMENT |



Schedule of Underlying Insurance

## COMMERCIAL EXCESS FOLLOW FORM POLICY   ☒ See Supplemental Schedule

Effective date of this Schedule: 10/01/00    Issue date: 01/22/01

Attached to and forming part of Policy No.: 01-A2-FF-0000024-00

Issued To: ALLIED HOLDINGS, INC.

| Underlying Insurer | Type of Coverage | Policy Number | Policy Period | Limits of Insurance |
|---|---|---|---|---|
| **WORKERS COMPENSATION** | | | | |
| RELIANCE/KEMPER TRANSITION | ALLIED AUTOMOTIVE GROUP | NWA1499127-09 | 01/01/00 - 01 | 2,000,000 |
| RELIANCE/KEMPER TRANSITION | ALLIED AUTOMOTIVE GROUP | NWA0152072-01 | 01/01/00 - 01 | 2,000,000 |
| RELIANCE/KEMPER TRANSITION | ALLIED HOLDINGS | NAW0126542-04 | 01/01/00 - 01 | 2,000,000 |
| RELIANCE/KEMPER TRANSITION | AXIS GROUP | NWA0142359-02 | 01/01/00 - 01 | 2,000,000 |
| **GENERAL LIABILITY** | | | | |
| RELIANCE/KEMPER TRANSITION | ALLIED AUTOMOTIVE GROUP | NGA1496525-10 | 01/01/00 - 01 | 2,000,000 |
| RELIANCE/KEMPER TRANSITION | ALLIED HOLDINGS | NGB0126543-04 | 01/01/00 - 01 | 2,000,000 |
| RELIANCE/KEMPER TRANSITION | AXIS GROUP | NGB0142360-02 | 01/01/00 - 01 | 2,000,000 |

FG1000A(01/95)                                   Page 1 OF 2



**American Alternative Insurance Corporation**

Schedule of Underlying Insurance

## COMMERCIAL EXCESS FOLLOW FORM POLICY            ☒ Page 1 of 1

| Effective date of this Schedule: 10/01/00 | Issue date: 01/22/01 | Attached to and forming part of Policy No.: 01-A2-FF-0000024-00 |
|---|---|---|

Issued To: ALLIED HOLDINGS, INC.

| Underlying Insurer | Type of Coverage | Policy Number | Policy Period | Limits of Insurance |
|---|---|---|---|---|
| **AUTO LIABILITY** | | | | |
| RELIANCE/KEMPER TRANSITION | ALLIED AUTOMOTIVE GROUP | NKA1496527-10 | 01/01/00 - 01 | 2,000,000 |
| RELIANCE/KEMPER TRANSITION | ALLIED HOLDINGS | NKA0126544-04 | 01/01/00 - 01 | 2,000,000 |
| RELIANCE/KEMPER TRANSITION | AXIS GROUP | NKA0142362-02 | 01/01/00 - 01 | 2,000,000 |
| **AUTO LIABILITY  (TX)** | | | | |
| RELIANCE/KEMPER TRANSITION | ALLIED AUTOMOTIVE GROUP | NKA1496526-10 | 01/01/00 - 01 | 2,000,000 |

01/22/01
Date

*[signature]*
Authorized Representative

FG1000A(01/95)                                            Page 2 OF 2


**AAIC**
American Alternative Insurance Corporation

Date Issued   01/22/01

This endorsement forms a part of the Policy to which attached, effective on the inception date of the Policy unless otherwise stated herein. (The following information is required only when this endorsement is issued subsequent to preparation of the Policy.)

INSURED   ALLIED HOLDINGS, INC.

Policy No.   01-A2-FF-0000024-00        Endorsement Effective        10/01/00
                                                                      (12:01 A.M.)


Countersigned_____
                    (Authorized Representative)

by AMERICAN ALTERNATIVE INSURANCE CORPORATION

**THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.**

THIS POLICY IS SUBJECT TO THE FOLLOWING

# GEORGIA CANCELLATION/NONRENEWAL ENDORSEMENT

The following is added to the Cancellation Condition:

A.   We may cancel this policy by mailing or delivering to the first Named **insured** written notice of cancellation at least 45 days before the effective date of cancellation.

B.   NONRENEWAL

   If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named **insured** at least 45 days before the effective date of cancellation.

D.   PREMIUM OR COVERAGE CHANGES AT RENEWAL

   1.   If we elect to renew this policy, we will mail or deliver written notice of any total premium increase greater than fifteen (15%) which is the result of a comparable increase in premium rates, change in deductible, reduction in limits or reduction in coverage to the first Named **insured**, at the last mailing address known to us.
   2.   Any such notice will be mailed or delivered to the first Named **insured** at least 45 days before the expiration or anniversary date of the policy.

   Under Items A, B and C above, if notice is not mailed or delivered to the first Named **insured** at least 45 days before the effective date of cancellation or expiration/anniversary date of the policy, the premium, deductible, limits and coverage in effect during the policy term will remain in effect for an additional 30 day period.

FGGA01              01/95

**All Other Terms and Conditions Remain Unchanged.**