# FMCSA Motor Carrier



USDOT Number: **438719**
Docket Number: **MC213250**
Legal Name: **ALLIED SYSTEMS, LTD.**
DBA (Doing-Business-As) Name

## Addresses

Business Address: **160 CLAIRMONT AVE.**
**DECATUR, GA 30030**
Business Phone: **(404) 371-0379**   Business Fax:
Mail Address:

Mail Phone:   Mail Fax:   Undeliverable Mail **NO**

## Authorities:

| | | | | | |
|---|---|---|---|---|---|
| Common Authority: | **ACTIVE** | Application Pending: | **NO** | | |
| Contract Authority: | **ACTIVE** | Application Pending: | **NO** | | |
| Broker Authority: | **NONE** | Application Pending: | **NO** | | |
| Property: | **YES** | Passenger: | **NO** | Household Goods: | **NO** |
| Private: | **NO** | Enterprise: | **NO** | | |

## Insurance Requirements:

| | | | | | |
|---|---|---|---|---|---|
| BIPD Exempt: | **NO** | BIPD Waiver: **NO** | BIPD Required: **$750,000** | BIPD on File: | **$2,000,000** |
| Cargo Exempt: | **NO** | | Cargo Required: **YES** | Cargo on File: | **YES** |
| BOC-3: | **YES** | | Bond Required: **NO** | Bond on File: | **NO** |

Blanket Company: **UNITED STATES CORPORATION COMPANY**

Comments: MC-213250 SERVED 9-26-88 CANCELS MC-3581-24, ISSUED 3-17-81, AND ACQUIRED PER MC-FC-83460. SERVICE DATE OCT 7, 1988, THIS CERT CANCELS CERT NO. MC-213250, ISSUED SEP 26, 1988, AND IS REISSUED TO REFLECT THE CORRECTED CARRIER'S NAME. SERVICE DATE MAR 27 1989 THIS CERTIFICATE CANCELS CERTIFICATE NO. MC-3581 SUB 33, ISSUED OCT 14, 1981, AND ACQUIRED BY THE ABOVE NAMED CARRIER PURSUANT TO NO. MC-F-19210. THIS CERTIFICATE MC-213250 SUB 1, SERVED MAR 27, 1989, NO. MC-F-19210. 19210. TO MCF-19632.

## Active/Pending Insurance:

Form: **91X**   Type: **BIPD/Primary**   Posted Date: **04/15/2003**
Policy/Surety Number: **ISA HO7934312**   Coverage From: **$0**   To: **$2,000,000**
Effective Date: **03/01/2003**   Cancellation Date:

Insurance Carrier: **ACE AMERICAN INSURANCE COMPANY**
Attn: **VIRGINIA BOYLES**
Address: **1601 CHESTNUT ST,**
**PHILADELPHIA, PA   19101 US**
Telephone: **(215) 761 - 1727**   Fax: **(215) 761 - 5611**

Run Date: December 2, 2005
Run Time: 11:37

Page 1 of 5

Data Source: Licensing and Insurance
li_carrier