UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH J. VOLLMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER LYNN GRUBB and | ) | |
| ALLIED SYSTEMS LTD., | ) | CIVIL ACTION NO. 04-10080-GAO |
| | ) | |
| Defendants and Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHOWCASE IZUZU, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS**

COMES NOW Allied Systems, Ltd., Defendant and Third-Party Plaintiff and hereby attests to service upon all counsel listed on the attached Certificate of Service the following discovery on the 11th day of September, 2006:

1. ALLIED SYSTEMS, LTD.'S RESPONSES TO PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS.

This 11th day of September 2006.

s/Amber E. Tuggle
Alan M. Maxwell
State Bar of Georgia No. 478625
Admitted Pro Hac Vice
Amber E. Tuggle
State Bar of Georgia No. 246719
Admitted Pro Hac Vice
Howard J. Russell
BBO#651397
State Bar of Georgia No. 630632

**WEINBERG, WHEELER HUDGINS, GUNN & DIAL, LLC**
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326
(404) 876-2700
(404) 875-9433 (fax)
Attorneys for Roger Lynn Grubb and Allied Systems, Ltd., Defendants and Third-Party Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically via CM/ECF and/or via First Class Mail on September 11th, 2006.

**Attorney for Plaintiff, Ralph J. Vaollman**
Paul Nathan, Esq.
Leah M. Constantine-Toppin
NATHAN & KREVAT
159 Derby Street
Salem, Massachusetts 01970

**Attorney for Third-Party Defendant, Showcase Isuzu**
Michael E. Okolita, Esq.
DONALD E. FEENER & ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424

    s/Amber E. Tuggle
Alan M. Maxwell
State Bar of Georgia No. 478625
Admitted Pro Hac Vice
Amber E. Tuggle
State Bar of Georgia No. 246719
Admitted Pro Hac Vice
Howard J. Russell
BBO#651397
State Bar of Georgia No. 630632
Attorneys for Roger Lynn Grubb and
Allied Systems, Ltd., Defendants and
Third-Party Plaintiffs
**WEINBERG, WHEELER,**
**HUDGINS, GUNN & DIAL, LLC**
950 East Paces Ferry Road, Suite 3000
Atlanta, Georgia 30326
(404) 876-2700
(404) 875-9433 (fax)