UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RALPH J. VOLLMAN,<br><br>    Plaintiff<br><br>v.<br><br>ROGER LYNN GRUBB and ALLIED SYSTEMS LTD.,<br><br>    Defendants and<br>    Third-Party Plaintiffs,<br><br>v.<br><br>SHOWCASE IZUZU,<br><br>    Third-Party Defendant. | CIVIL ACTION NO.<br>04-10080-GAO |

### CERTIFICATE OF SERVICE OF ROGER LYNN GRUBB AND ALLIED SYSTEMS, LTD.'s SUPPLEMENT TO FED. R. CIV. P. 26 DISCLOSURE

This is to certify that Defendants Roger Lynn Grubb and Allied Systems, Ltd. have served a Supplement to their disclosures under Federal Rule 26(a)(2) to designate and identify expert witnesses, upon the attorney of record for each party via facsimile and/or via Federal Express, on November 15, 2006, to the following:

**Attorney for Plaintiff, Ralph J. Vollman**
Paul Nathan, Esq.
Matthew Krevat, Esq.
NATHAN & KREVAT
159 Derby Street
Salem, Massachusetts 01970

1

**Attorney for Third-Party Defendant, Showcase Isuzu**
Michael E. Okolita, Esq.
DONALD E. FEENER & ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424

This 15th day of November, 2006.

_____
Alan M. Maxwell
*Admitted Pro Hac Vice*
Amber E. Tuggle
*Admitted Pro Hac Vice*
Howard J. Russell
BBO# 651397

**WEINBERG, WHEELER**
**HUDGINS, GUNN & DIAL, LLC**
950 East Paces Ferry Road, Suite 3000
Atlanta, Georgia 30326
(404) 876-2700

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via facsimile and/or via Federal Express on November 15, 2006.

**Attorney for Plaintiff, Ralph J. Vollman**
Paul Nathan, Esq.
Leah M. Constantine-Toppin
NATHAN & KREVAT
159 Derby Street
Salem, Massachusetts 01970

**Attorney for Third-Party Defendant, Showcase Isuzu**
Michael E. Okolita, Esq.
DONALD E. FEENER & ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424
This 15th day of November, 2006.

_____
Alan M. Maxwell
*Admitted Pro Hac Vice*
Amber E. Tuggle
*Admitted Pro Hac Vice*
Howard J. Russell
BBO# 651397

**WEINBERG, WHEELER
HUDGINS, GUNN & DIAL, LLC**
950 East Paces Ferry Road, Suite 3000
Atlanta, Georgia 30326
(404) 876-2700

*ATTORNEYS FOR DEFENDANTS*

3