UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-10080-GAO

```
*****************************************
RALPH J. VOLLMANN,                       *
        Plaintiff                        *
vs.                                      *
                                         *
ROGER LYNN GRUBB and                     *
ALLIED SYSTEMS LTD.,                     *
Defendants/Third Party Plaintiffs        *
                                         *
vs.                                      *
                                         *
SHOWCASE ISUZU,                          *
        Third Party Defendant            *
*****************************************
```

### CERTIFICATE OF SERVICE OF PLAINTIFF, RALPH VOLLMANN, FOR SUPPLEMENTAL DISCLOSURE OF EXPERTS

Plaintiff certifies that Plaintiff's Supplemental Answers to Defendant's Interrogatories (Supplemental Disclosure of Experts) was served upon the following attorneys of record for each party via first-class mail on October 13, 2006:

**Defendants, Roger Lynn Grubb and Allied Systems, Ltd.:**
Alan Maxwell, Esquire
Weinberg, Wheeler, Hugins, Gunn & Dial, LLC
950 East Paces Ferry Road, Suite 3000
Atlanta, GA 30326

**Third Party Defendant, Showcase Isuzu:**
Michael Okolita, Esquire
Law Offices of Donald E. Feener & Assoc.
120 Front Street, Suite 310
Worcester, Massachusetts  01608-1424

Ralph Vollmann,
By his Attorney,

/s/ Paul Nathan                .
Paul Nathan, Esquire
B.B.O. No.: 367420
Nathan & Krevat
159 Derby Street
Salem, Massachusetts 01970
(978) 745-4455