UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RALPH J. VOLLMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER LYNN GRUBB and | ) | |
| ALLIED SYSTEMS LTD., | ) | CIVIL ACTION NO. 04-10080-GAO |
| | ) | |
| Defendants and Third-Party-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SHOWCASE IZUZU, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS

COMES NOW Allied Systems, Ltd., Defendant and Third-Party Plaintiff and hereby attests to service upon all counsel listed on the attached Certificate of Service the following discovery on the 10th day of January, 2007:

1. NOTICE OF TAKING DEPOSITION OF ROBERT R. PENNELL, M.D.; and

2. NOTICE OF TAKING DEPOSITION OF MR. THOMAS FITZGERALD.

This 10th day of January 2007.

        s/Howard J. Russell
Alan M. Maxwell
State Bar of Georgia No. 478625
Admitted Pro Hac Vice
Amber E. Tuggle
State Bar of Georgia No. 246719
Admitted Pro Hac Vice
Howard J. Russell
BBO#651397
State Bar of Georgia No. 630632

**WEINBERG, WHEELER HUDGINS, GUNN & DIAL, LLC**
950 East Paces Ferry Road
Suite 3000
Atlanta, Georgia 30326
(404) 876-2700
(404) 875-9433 (fax)
Attorneys for Roger Lynn Grubb and Allied Systems, Ltd., Defendants and Third-Party Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party electronically via CM/ECF, facsimile and/or via First Class Mail on January 10, 2007.

**Attorney for Plaintiff, Ralph J. Vollman**
Paul Nathan, Esq.
Leah M. Constantine-Toppin
NATHAN & KREVAT
159 Derby Street
Salem, Massachusetts 01970

**Attorney for Third-Party Defendant, Showcase Isuzu**
Michael E. Okolita, Esq.
DONALD E. FEENER & ASSOCIATES
120 Front Street, Suite 310
Worcester, MA 01608-1424

                                         s/Howard J. Russell
                                         Alan M. Maxwell
                                         State Bar of Georgia No. 478625
                                         Admitted Pro Hac Vice
                                         Amber E. Tuggle
                                         State Bar of Georgia No. 246719
                                         Admitted Pro Hac Vice
                                         Howard J. Russell
                                         BBO#651397
                                         State Bar of Georgia No. 630632
                                         Attorneys for Roger Lynn Grubb and
                                         Allied Systems, Ltd., Defendants and
                                         Third-Party Plaintiffs
                                         **WEINBERG, WHEELER,**
                                         **HUDGINS, GUNN & DIAL, LLC**
                                         950 East Paces Ferry Road, Suite 3000
                                         Atlanta, Georgia 30326
                                         (404) 876-2700
                                         (404) 875-9433 (fax)