UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO: 04-10080-GAO

```
*************************************
RALPH J. VOLLMAN,              *
      Plaintiff                *
vs.                            *
                               *
ROGER LYNN GRUBB and           *
ALLIED SYSTEMS LTD.,           *
Defendants/Third Party Plaintiffs *
                               *
vs.                            *
                               *
SHOWCASE ISUZU,                *
      Third Party Defendant    *
*************************************
```

## STIPULATION OF DISMISSAL

Ralph J. Vollmann, plaintiff and Roger Lynn Grubb and Allied Systems, LTD, Defendants, and Third Party Plaintiffs and Showcase Isuzu, Third Party Defendant in the above entitled matter, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1)(ii) hereby stipulate that said action be dismissed, with prejudice and without costs.

| By Plaintiff's Attorney, | By Defendants and Third Party Defendant's Attorney, |
|---|---|
| /s/ Paul Nathan | /s/ Alan Maxwell . |
| Paul Nathan, Esquire | Alan Maxwell, Esquire |
| B.B.O. #367420 | State Bar of Georgia #478625 |
| NATHAN & KREVAT | Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC |
| 159 Derby Street | 950 East Paces Ferry Road, Suite 3000 |
| Salem, Massachusetts 01970 | Atlanta, GA 30326 |
| (978) 745-4455 | (404) 876-2700 |
| By Third Party Defendant's Attorney, | By Defendants and Third Party Defendant's Attorney, |
| /s/ Michael Okolita | /s/ Howard Russell |
| Michael Okolita, Esquire | Howard Russell, Esq. |
| B.B.O. #378255 | B.B.O. # 651397 |
| Law Offices of Donald E. Feener & Assoc. | Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC |
| 120 Front Street, Suite 310 | 3773 Howard Hughes Parkway, Ste 390N |
| Worcester, MA 01608-1424 | Las Vegas, NV 89169 |
| (508) 798-0717 | (702) 938-3838 |